## Commonwealth ex rel. White, Appellant, *v.* White.

Argued March 18, 1970. *William Brodsky,* for appellant; *Raymond Granoff,* with him *Lewis & Granoff,* for appellee.

Order affirmed.